**Fill in this information to identify the case**

United States Bankruptcy Court for the

Southern   District of   Texas
                          (State)

Case number (*If known*): _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | EP Energy E&P Company, L.P. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | El Paso E&P Company, L.P<br>Crystal E&P Company, L.P.<br>EPE Nominee Corp. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0487092 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1001  Louisiana Street<br>Number   Street | Number   Street |
| | P.O. Box |
| Houston   Texas   77002<br>City   State   ZIP Code | City   State   ZIP Code |
| Harris<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |

5. **Debtor's website** (URL)   www.epenergy.com

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

---

Debtor  EP Energy E&P Company, L.P.  Case number (if known) _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above: <u>Oil and Gas Exploration</u><br><br>B. *Check all that apply:*<br>☐ Tax- entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br><u>2111</u> |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes  District _____  When _____ Case number _____<br>                                    MM/ DD/ YYYY<br>        District _____  When _____ Case number _____<br>                                    MM / DD/ YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes  Debtor <u>See Schedule 1</u>  Relationship <u>See Schedule 1</u><br>       District <u>Southern District of Texas</u>  When <u>See Schedule 1</u><br>       Case number, if known _____  MM / DD/ YYYY |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy              Page 2

| Debtor | EP Energy E&P Company, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

11. **Why is the case filed in this district?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____  _____  _____
    City      State     ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____
    Contact Name _____
    Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    (on a consolidated basis with all affiliated debtors)

    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☒ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    (on a consolidated basis with all affiliated debtors)

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☒ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    (on a consolidated basis with all affiliated debtors)

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☒ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

| Debtor | EP Energy E&P Company, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 3, 2019
MM/ DD /YYYY

× /s/ David Rush          David Rush
Signature of authorized representative of debtor          Printed name

Chief Restructuring Officer
Title

**18. Signature of attorney**

× /s/ Alfredo R. Pérez          Date  October 3, 2019
Signature of attorney for debtor          MM / DD / YYYY

Alfredo R. Pérez          Matthew S. Barr
Printed Name

Weil, Gotshal & Manges LLP          Weil, Gotshal & Manges LLP
Firm Name

700 Louisiana Street, Suite 1700          767 Fifth Avenue
Address

Houston, Texas  77002          New York, New York  10153
City/State/Zip

(713) 546-5000          (212) 310-8000
Contact Phone

alfredo.perez@weil.com          matt.barr@weil.com
Email Address

15776275          Texas
Bar Number          State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     Page 4

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| COMPANY |
| --- |
| EP Energy E&P Company, L.P. |
| EP Energy Resale Company, L.L.C. |
| EP Energy Management, L.L.C. |
| EP Energy Global LLC |
| Everest Acquisition Finance Inc. |
| EP Energy LLC |
| EPE Acquisition, LLC |
| EP Energy Corporation |

**ACTION BY WRITTEN CONSENT**
**OF**
**THE GOVERNING BODIES**
**OF**
**EPE ACQUISITION, LLC**
**EP ENERGY LLC**
**EVEREST ACQUISITION FINANCE INC.**
**EP ENERGY GLOBAL LLC**
**EP ENERGY MANAGEMENT, L.L.C.**
**EP ENERGY RESALE COMPANY, L.L.C.**
**EP ENERGY E&P COMPANY, L.P.**

**October 3, 2019**

**WHEREAS**, the undersigned (as applicable, the "**Governing Body**"), of each of the entities referenced above (each, a "**Company**," and collectively, the "**Companies**"), do hereby consent to, adopt, and approve, by written consent in accordance with, as applicable, Section 141(f) of the Delaware General Corporation Law, Section 18-302(d) of the Delaware Limited Liability Company Act, and Section 17-405(d) of the Delaware Revised Uniform Limited Partnership Act, the following resolutions and each and every action effected thereby.

**WHEREAS,** the Governing Body of each Company has reviewed and had the opportunity to ask questions about the material presented by management with the assistance of (i) financial advice from its financial advisors and management (ii) legal advice from outside counsel and the general counsel to each Company and (iii) management of each Company regarding the liabilities and liquidity of such Company, the strategic alternatives available to it, and the impact of the foregoing on such Company's business;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with such Company's management and receive advice from such Company's legal and financial advisors to fully consider each of the strategic alternatives available to such Company;

**WHEREAS**, with respect to each Company, the Governing Body of such Company believes that taking the actions set forth below is in the best interests of such Company and, therefore, desires to approve the following resolutions:

**I.   Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Governing Body has determined, after due consultation with the management and the legal and financial advisors of each Company, that it is desirable and in the best interests of each Company, its creditors, and other parties in interest that a petition be filed by each Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any manager, member, officer, or director of such Company (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of such

Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, orders, and other documents in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person, who may act without the joinder of any other Authorized Person, deems necessary, proper, or desirable in connection with such Company's chapter 11 case (each, a "**Chapter 11 Case**"), including negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and instruments in connection with the successful prosecution of such Chapter 11 Case, including the professional retentions set forth in this resolution.

## II. Officers

**FURTHER RESOLVED**, that the individual set forth below be, and hereby is, elected to the temporary position or office of each of the Companies set forth opposite his name, to serve subject to, and in accordance with, the governing documents of each of the Companies and direction of the Governing Bodies, and to hold such position or office until his job is satisfied or until his earlier death, resignation or removal:

David Rush                                    Chief Restructuring Officer

## III. Retention of Advisors

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for each Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Evercore Group L.L.C., located at 55 East 52nd Street, New York, NY 10055, is hereby retained as investment banker for each Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that FTI Consulting, Inc., located at 1301 McKinney Street, Suite 3500, Houston TX 77010, is hereby retained for each Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Prime Clerk LLC, located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, is hereby retained as claims, noticing and solicitation agent for each Company in its Chapter 11 Case, subject to Bankruptcy Court approval.

## IV. Use of Cash Collateral

**WHEREAS**, in connection with the Restructuring, the Subsidiaries have considered providing adequate protection, including paying certain fees to certain of their prepetition secured lenders pursuant to a consensual cash collateral order (the "**Cash Collateral Order**") on terms and conditions similar to those previously provided to each Governing Body.

**WHEREAS**, each Governing Body of each Company, having considered the terms of the Cash Collateral Order, and having consulted with and considered advice from each Company's legal and financial advisors, deems it advisable and in the best interests to enter into the transactions contemplated therein.

**NOW, THEREFORE, BE IT RESOLVED**, that each Authorized Person of each Company authorizes and directs the officers to take such action as the officers deem necessary or appropriate to cause such Company to complete the transactions contemplated by the Cash Collateral Order, including, but not limited to, the execution and delivery of each of the documents and instruments to be executed by such Company which are described in or contemplated by the Cash Collateral Order, and any and all other agreements, documents or instruments required or appropriate in connection with or incidental to the transactions contemplated by each of the foregoing.

### V.    General Authorization and Ratification

**RESOLVED**, that each Authorized Person of each Company be, and each, acting alone, hereby is, authorized, empowered and directed, for and on behalf of such Company to do and perform all such acts and things and enter into, execute, acknowledge, deliver, and file all such certificates, agreements, acknowledgments, instruments, contracts, statements, and other documents and to take such further actions as such Authorized Person may deem necessary or appropriate to effect the intent and accomplish the purposes of the foregoing resolutions, with the taking of any such action by such Authorized Person being conclusive evidence that the same did meet such standards as set forth above; and be it further

**RESOLVED**, that any and all actions taken by an Authorized Person of a Company prior to the date of adoption of the foregoing resolutions, which would have been authorized by the foregoing resolutions but for the fact that such actions were taken prior to such date, be, and each hereby is, ratified, approved, confirmed, and adopted as a duly authorized act of such Company in all respects and for all purposes.

\* \* \* \* \*

**IN WITNESS WHEREOF**, the undersigned, being all of the partners of EP ENERGY E&P COMPANY, L.P., have executed this written consent as of the date set forth above.

**EP ENERGY RESALE COMPANY, L.L.C.**
its limited partner

By: _____
Name: Jace D. Locke
Title:  Vice President, General Counsel, and
        Corporate Secretary


**EP ENERGY MANAGEMENT, L.L.C.**
its general partner

By: _____
Name: Jace D. Locke
Title:  Vice President, General Counsel, and
        Corporate Secretary

*[Signature Page to Written Consent]*

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name: <u>EP Energy E&P Company, L.P.</u>

United States Bankruptcy Court for the <u>Southern District of Texas</u>
(State)

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases:  Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders          12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Savings Fund Society as Trustee of the 6.375% Senior Notes due 2023<br>Attn.:  Shawn Goffinet<br>15950 North Dallas Parkway<br>Dallas, TX 75248 | Attn.:  Shawn Goffinet<br>Telephone:  972-383-3156<br>E-mail: sgoffinet@wilmingtontrust.com | Senior Notes | | | | $324,000,000.00 |
| 2 | Wilmington Savings Fund Society as Trustee of the 7.750% Senior Notes due 2022<br>Attn.:  Shawn Goffinet<br>15950 North Dallas Parkway<br>Dallas, TX 75248 | Attn.:  Shawn Goffinet<br>Telephone:  972-383-3156<br>E-mail: sgoffinet@wilmingtontrust.com | Senior Notes | | | | $182,000,000.00 |
| 3 | Wilmington Trust, National Association as Trustee of the 9.375% Senior Notes due 2020<br>Attn.:  Shawn Goffinet<br>15950 North Dallas Parkway<br>Dallas, TX 75248 | Attn.:  Shawn Goffinet<br>Telephone:  972-383-3156<br>E-mail: sgoffinet@wilmingtontrust.com | Senior Notes | | | | $182,000,000.00 |
| 4 | Storey Minerals, Ltd., Maltsberger/Storey Ranch, LLC, and Rene R. Barrientos, Ltd.<br>Attn.:  Robert G. Hargrove<br>515 Congress Avenue<br>Suite 2450<br>Austin, TX 78701 | Attn.:  Robert G. Hargrove<br>Telephone:  512-476-3529<br>E-mail: rob@texasenergylaw.com | Litigation | C/U/D | | | $43,800,000.00 |

Debtor  **EP Energy E&P Company, L.P.**                           Case number (if known)
        Name

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 5 | Halliburton Energy Services, Inc.<br>c/o Chaffe McCall, LLP<br>Attn.:  Hal C. Welch<br>2300 Energy Center<br>1100 Poydras Street<br>New Orleans, LA 70163 | c/o Chaffe McCall, LLP<br>Attn.:  Hal C. Welch<br>Telephone:  504-585-7709<br>E-mail:  colletta@chaffe.com | Shipper, Warehouser, Lien Holder | | | | $35,185,834.90 |
| 6 | State of Texas<br>c/o Texas Comptroller of Public Accounts (Oil)<br>Attn.:  Account Maintenance Division<br>Crude Oil and Natural Gas Tax Section<br>111 E 17th Street<br>Austin, TX 78774-0100 | Attn.:  Account Maintenance Division<br>Telephone:  800-531-5441<br>E-mail: congtax@cpa.texas.gov | Sales, Severance, and Use Tax liability | C/U/D | $12,506,848.86 | $1,249,629.00 | $11,257,219.86 |
| 7 | University Lands<br>Attn.:  General Counsel<br>825 Town and Country Lane<br>Suite 1100<br>Midland, TX 77024 | Attn.:  General Counsel<br>Telephone:  713-352-3808<br>Fax:  832-632-8638 | Royalty Payment (State) | | | | $9,517,303.36 |
| 8 | Frio LaSalle Pipeline LP<br>Attn.:  General Counsel<br>1717 Main Street<br>Suite 5200<br>Dallas, TX 75201 | Attn.:  General Counsel<br>Telephone:  210-495-5577 | Transporter | | | | $8,062,691.00 |
| 9 | FTS International Services LLC<br>c/o Squire Patton Boggs LLP<br>Attn.:  D. Patrick Long<br>2500 McKinney Avenue<br>Suite 1700<br>Dallas, TX 75201 | Attn.:  D. Patrick Long<br>Telephone:  214-758-1500<br>E-mail: patrick.long@squirepb.com | Shipper, Warehouser, Lien Holder | | | | $5,379,774.00 |
| 10 | Archrock Services LP<br>c/o Baker & Hostetler LLP<br>Attn.:  Brad K. Howell<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002 | Attn.:  Brad K. Howell<br>Telephone:  713-751-1600<br>E-mail: bhowell@bakerlaw.com | Shipper, Warehouser, Lien Holder | | | | $3,378,736.21 |

Debtor  __EP Energy E&P Company, L.P.__   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | Tetra Production Testing Services, LLC<br>Attn.: Brady M. Murphy<br>24955 Interstate 45 North<br>The Woodlands, TX 77380 | Attn.: Brady M. Murphy<br>Telephone: 281-367-1983 | Shipper, Warehouser, Lien Holder | | | | $2,984,706.22 |
| 12 | Tesoro Refining & Marketing Company LLC<br>Attn.: General Counsel<br>19100 Ridgewood Parkway<br>San Antonio, TX 78259 | Attn.: General Counsel<br>Telephone: 210-626-7390 | Royalty Fee / WI Rev. Payment | | | | $2,541,239.19 |
| 13 | Ritchie Farms Ltd<br>Attn.: Wesley Ritchie<br>2112 Rio Grande Street<br>Austin, TX 78705 | Attn.: Wesley Ritchie<br>E-mail: support@mineralholders.com | Royalty Fee / WI Rev. Payment | | | | $2,432,422.12 |
| 14 | Independence Oilfield Chemicals LLC<br>Attn.: Patrick Williams<br>1450 Lake Robbins Drive<br>Suite 400<br>The Woodlands, TX 77380 | Attn.: Patrick Williams<br>Telephone: 713-936-4340 | Shipper, Warehouser, Lien Holder | | | | $2,200,643.37 |
| 15 | Utah State Tax Commission<br>Attn.: Bankruptcy Department<br>210 North 1950 W<br>Salt Lake City, UT 84134 | Attn.: Bankruptcy Department<br>Telephone: 801-297-2200<br>E-mail: taxmaster@utah.gov | Severance Tax | | $2,164,591.44 | $135,000.00 | $2,029,591.44 |
| 16 | Texas Fueling Services, Inc.<br>Attn.: Hanan Tuchshnieder<br>4220 Laura Koppe Road<br>Houston, TX 77016-5026 | Attn.: Hanan Tuchshnieder<br>Telephone: 281-443-2336<br>E-mail: hanan@texasfueling.com | Shipper, Warehouser, Lien Holder | | | | $1,995,000.00 |

Debtor __EP Energy E&P Company, L.P.__  Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | Baker Hughes<br>Attn.: Lorenzo Simonelli<br>17021 Aldine Westfield Road<br>Houston, TX 77073 | Attn.: Lorenzo Simonelli<br>Telephone: 713-439-8600 | Shipper, Warehouser, Lien Holder | | | | $1,937,915.56 |
| 18 | Allied Horizontal Wireline Services<br>Attn.: Joseph Sites<br>3200 Wilcrest Drive<br>Unit 170<br>Houston, TX 77042 | Attn.: Joseph Sites<br>Telephone: 713-343-7280 | Shipper, Warehouser, Lien Holder | | | | $1,900,285.24 |
| 19 | Texas Chrome Transport Inc.<br>Attn.: Raul Mendez Jr.<br>16233 IH 35 South<br>Atascosa, TX 78002 | Attn.: Raul Mendez Jr.<br>Telephone: 210-622-5757<br>E-mail: raul@teamtct.com | Shipper, Warehouser, Lien Holder | | | | $1,657,137.25 |
| 20 | Nabors Drilling Technologies USA Inc.<br>Attn.: Anthony G. Petrello<br>515 W Greens Road<br>Suite 1200<br>Houston, TX 77067 | Attn.: Anthony G. Petrello<br>Telephone: 281-874-0035 | Shipper, Warehouser, Lien Holder | | | | $1,642,943.58 |
| 21 | J W Power Company<br>Attn.: General Counsel<br>15505 Wright Brothers Drive<br>Addison, TX 75001 | Attn.: General Counsel<br>Telephone: 972-233-8191<br>E-mail: info@jwenergy.com | Shipper, Warehouser, Lien Holder | | | | $1,635,127.26 |
| 22 | Multi Chem<br>Attn.: General Counsel<br>3000 N. Sam Houston Parkway East<br>Houston, TX 77032 | Attn.: General Counsel<br>Telephone: 281-871-4000 | Shipper, Warehouser, Lien Holder | | | | $1,577,337.10 |

| Debtor | EP Energy E&P Company, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | Maltsberger/Storey Ranch, LLC  Attn.: Christopher L. Halgren  c/o McGinnis, Lochridge & Kilgore, LLP  711 Louisiana Street  Suite 1600  Houston, TX 77002 | Attn.: Christopher L. Halgren  Telephone: 713-615-8500  E-mail: chalgren@mcginnislaw.com | Royalty FEE / WI Rev. Payment | | | | $1,442,988.70 |
| 24 | Basic Energy Services Inc.  Attn.: General Counsel  801 Cherry Street  Suite 2100  Fort Worth, TX 76102 | Attn.: General Counsel  Telephone: 817-334-4100  Email: info@basicenergyservices.com | Shipper, Warehouser, Lien Holder | | | | $1,345,972.36 |
| 25 | NGL Water Solutions Eagle Ford LLC  Attn.: General Counsel  3773 Cherry Creek North Drive  Suite 1000  Denver, CO 80209 | Attn.: General Counsel  Telephone: 918-481-1119  Email: info@nglep.com | Shipper, Warehouser, Lien Holder | | | | $1,253,614.75 |
| 26 | Weatherford International Plc.  Attn.: Kenneth M. Klemm  c/o Baker, Donelson  201 St. Charles Avenue  Suite 3600  New Orleans, LA 70170 | Attn.: Kenneth M. Klemm  Telephone: 504-566-5200  Email: kklemm@bakerdonelson.com | Shipper, Warehouser, Lien Holder | | | | $1,194,793.79 |
| 27 | Office of Natural Resources Revenue - (Ute Tribal)  Attn.: Bankruptcy Department  P.O. Box 25165  Denver, CO 80225-0165 | Attn.: Bankruptcy Department  Telephone: 800-525-0309 | Royalty payment - Tribal | | | | $1,174,261.00 |
| 28 | Premier Pipe LLC  Attn.: General Counsel  15600 John F. Kennedy Boulevard  Suite 200  Houston, TX 77032 | Attn.: General Counsel  Telephone: 832-300-8100  Fax: 832-300-8198 | Shipper, Warehouser, Lien Holder | | | | $1,101,617.50 |

Debtor  __EP Energy E&P Company, L.P.__    Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 29 | DNOW L.P.<br>Attn.: Raymond Chang<br>7402 N. Eldridge Parkway<br>Houston, TX 77041 | Attn.: Raymond Chang<br>Telephone: 281-823-4700 | Shipper, Warehouser, Lien Holder | | | | $1,074,153.55 |
| 30 | Ruby Pipeline L.L.C.<br>Attn.: Treasury<br>1001 Louisiana Street<br>Houston, TX 77002 | Attn.: Treasury<br>Telephone: 713-420-2300 | Contract Damages | C/U/D | | | Unliquidated |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **EP ENERGY E&P COMPANY, L.P.** | § § | Case No. 19-_____ (___) |
| Debtor. | § § § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in EP Energy Corporation ("**EP Energy**") and its affiliated debtors (the "**Affiliated Debtors**"), as proposed debtors and debtors in possession (collectively, the "**Debtors**"). EP Energy, on behalf of itself and the Affiliated Debtors, respectfully represents as follows:

1. Each Debtor listed in **Exhibit A** is 100% owned by its direct parent unless otherwise noted.

2. EP Energy is the ultimate parent company of each of the Affiliated Debtors, and directly or indirectly owns a 100% equity interest in each of the Affiliated Debtors.

3. Equity ownership of EP Energy is represented by

    a. Class A common stock, 39.0% held by affiliates of Apollo Global Management, LLC, 12.3% held by Korea National Oil Corporation, 12.3% held by Riverstone Holdings LLC, 13.7% held by Access Industries, Inc., and 22.7% widely held by other shareholders in the aggregate; and

    b. Class B common stock held by (i) certain other former and current employees of the Debtors, and (ii) non-debtor EPE Holdings II, LLC.

## Exhibit A

**Organizational Chart**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| EP ENERGY E&P COMPANY, L.P. | § § | Case No. 19-_____ (___) |
| Debtor. | § § § | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having an equity ownership interest, in the above-captioned debtor in possession.

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| EP Energy Resale Company, L.L.C<br>1001 Louisiana Street<br>Houston, Texas  77002 | Limited Partnership Interest | 99.00% |
| EP Energy Management, L.L.C<br>1001 Louisiana Street<br>Houston, Texas  77002 | General Partnership Interest | 1.00% |

| **Fill in this information to identify the case:** |
|---|
| Debtor name: <u>EP Energy E&P Company, L.P.</u> |
| United States Bankruptcy Court for the <u>Southern District of Texas</u> |
| (State) |
| Case number (*If known*): _____ |

# Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct to the best of my information and belief:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement and List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 3, 2019</u>         X  <u>/s/ David Rush</u>
MM / DD /YYYY                    Signature of individual signing on behalf of debtor

<u>David Rush</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors