United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 19-35647 |
| EP ENERGY E&P COMPANY, L.P., | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

    For the reasons given in the Memorandum Opinion issued on this date, the MSB Owners' Temporary Cessation Claim is denied.

    SIGNED 12/14/2021

_____
Marvin Isgur
United States Bankruptcy Judge