UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: EP ENERGY E&P COMPANY, L.P. [1] § Case No. 19-35647
§
§
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/19/2024

Petition Date: 10/03/2019

Plan Confirmed Date: 08/27/2020

Plan Effective Date: 10/01/2020

This Post-confirmation Report relates to: (●) Reorganized Debtor
( ) Other Authorized Party or Entity: ____________________
Name of Authorized Party or Entity

/s/ Clifford Carlson
Signature of Responsible Party

01/21/2025
Date

Clifford Carlson
Printed Name of Responsible Party

700 Louisiana, Suite 3700
Houston, TX 77002-2755
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $105,907,242 | $3,536,063,671 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $219,848,854 |
| d. Total transferred (a+b+c) | $105,907,242 | $3,755,912,525 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $105,172,026 | $0 | $105,172,026 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Evercore | Financial Professional | $0 | $21,526,377 | $0 | $21,526,377 |
| | ii | FTI Consulting | Financial Professional | $0 | $6,220,440 | $0 | $6,220,440 |
| | iii | Prime Clerk | Other | $0 | $1,997,001 | $0 | $1,997,001 |
| | iv | Weil, Gotshal & Manges | Lead Counsel | $0 | $21,236,083 | $0 | $21,236,083 |
| | v | Mayer Brown | Lead Counsel | $0 | $3,794,086 | $0 | $3,794,086 |
| | vi | Willkie Farr | Local Counsel | $0 | $81,380 | $0 | $81,380 |
| | vii | Opportune | Financial Professional | $0 | $748,545 | $0 | $748,545 |
| | viii | Morrison Forester | Lead Counsel | $0 | $10,894,694 | $0 | $10,894,694 |
| | ix | Netherland Sewell | Other | $0 | $359,777 | $0 | $359,777 |
| | x | Faegre Drinker Briddle & Reath | Special Counsel | $0 | $1,530,459 | $0 | $1,530,459 |
| | xi | Foley Gardere | Local Counsel | $0 | $364,162 | $0 | $364,162 |
| | xii | Emmet, Marvin, & Martin | Special Counsel | $0 | $145,860 | $0 | $145,860 |
| | xiii | PJT Partners | Financial Professional | $0 | $5,767,151 | $0 | $5,767,151 |
| | xiv | Milbank | Lead Counsel | $0 | $3,897,981 | $0 | $3,897,981 |
| | xv | Cole Schotz | Special Counsel | $0 | $69,660 | $0 | $69,660 |
| | xvi | Von Goten & MacNaughton | Other | $0 | $324,891 | $0 | $324,891 |
| | xvii | DeGolyer | Other | $0 | $100,000 | $0 | $100,000 |
| | xviii | Houlihan Lokey | Financial Professional | $0 | $954,403 | $0 | $954,403 |
| | xix | Pillsbury | Special Counsel | $0 | $176,574 | $0 | $176,574 |
| | xx | Paul Weiss | Lead Counsel | $0 | $8,535,087 | $0 | $8,535,087 |
| | xxi | Porter Hedges | Local Counsel | $0 | $327,678 | $0 | $327,678 |
| | xxii | Morgan Lewis | Special Counsel | $0 | $119,102 | $0 | $119,102 |
| | xxiii | Quinn Emanuel Urquhart & Sul | Special Counsel | $0 | $117,197 | $0 | $117,197 |
| | xxiv | Ankura Consulting | Financial Professional | $0 | $398,222 | $0 | $398,222 |
| | xxv | Moelis & Company | Financial Professional | $0 | $870,590 | $0 | $870,590 |
| | xxvi | Stroock & Stroock & Lavan | Lead Counsel | $0 | $6,729,393 | $0 | $6,729,393 |
| | xxvii | Fox Rothschild | Special Counsel | $0 | $341,338 | $0 | $341,338 |
| | xxviii | Pachulski Stang Ziehl & Jones | Special Counsel | $0 | $131,823 | $0 | $131,823 |
| | xxix | Alix Partners | Financial Professional | $0 | $2,091,519 | $0 | $2,091,519 |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1]    Case No. 19-35647

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | Jefferies Group | Financial Professional | $0 | $4,826,242 | $0 | $4,826,242 |
| | xxxi | Debevoise & Plimpton | Special Counsel | $0 | $494,311 | $0 | $494,311 |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,462,926 | $0 | $1,462,926 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Scott, Douglass & McConnico L | Other | $0 | $766,360 | $0 | $766,360 |
| | ii | MacDonald & Miller Mineral L | Other | $0 | $221,937 | $0 | $221,937 |
| | iii | Alvarez and Marsal LLC | Other | $0 | $28,372 | $0 | $28,372 |
| | iv | Dawson & Sodd, LLP | Other | $0 | $550 | $0 | $550 |
| | v | Holland & Hart LLP | Other | $0 | $115,415 | $0 | $115,415 |
| | vi | Kane Russell Coleman & Logan | Other | $0 | $7,111 | $0 | $7,111 |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Kean Miller LLP | Other | $0 | $37,750 | $0 | $37,750 |
| | viii | Kearney, McWilliams & Davis, | Other | $0 | $45,352 | $0 | $45,352 |
| | ix | Lam, Lyn & Philip, PC | Other | $0 | $5,026 | $0 | $5,026 |
| | x | Patrick G. Martin | Other | $0 | $30,463 | $0 | $30,463 |
| | xi | PriceWaterhouseCoopers | Other | $0 | $86,607 | $0 | $86,607 |
| | xii | Stancil Co. | Other | $0 | $84,913 | $0 | $84,913 |
| | xiii | Thompson & Knight LLP | Other | $0 | $972 | $0 | $972 |
| | xiv | Charlton Webber PLLC | Other | $0 | $13,240 | $0 | $13,240 |
| | xv | Lear & Lear PLLC | Other | $0 | $18,088 | $0 | $18,088 |
| | xvi | Steptoe & Johnson PLLC | Other | $0 | $770 | $0 | $770 |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1]    Case No. 19-35647

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1]   Case No. 19-35647

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | $0 | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $11,076 | $0 | $11,076 | $11,076 | 100% |
| b. Secured claims | $314,754,796 | $0 | $314,754,796 | $1,314,754,796 | 24% |
| c. Priority claims | $6,190 | $0 | $6,190 | $6,190 | 100% |
| d. General unsecured claims | $174,999 | $0 | $174,999 | $758,624,894 | 0% |
| e. Equity interests | $299,155 | $0 | $299,155 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes (●) No ( )

If yes, give date Final Decree was entered: 12/19/2024

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (●) No ( )

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ | Daniel Savitz |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 01/21/2025 |
| Title | Date |

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Debtor's Name: EP ENERGY E&P COMPANY, L.P. [1] Case No. 19-35647

Notes:

1. EP Energy E&P Company, L.P. has changed its name to EP Energy E&P Company, LLC.

**Part 1: Summary of Post-confirmation Transfers**

b. Non-cash securities transferred[2]

Notes:

2. Pursuant to the Plan, New Common Shares were issued on or around the Effective Date in exchange for certain claims. Other than the shares issued to the Holders of 1.125L Notes Claims, no other shares were issued.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

b. Secured claims[3]

d. General unsecured claims[4]

Notes:

3. The Post-Confirmation Report filed on October 21, 2021 (ECF No. 155) reflects only recoveries to holders of filed claims that constitute "Allowed Other Secured Claims" under the Plan. This Post-Confirmation Report includes recoveries to holders of Allowed Other Secured Claims, Allowed RBL Claims, and Allowed 1.125L Notes Claims. As of the filing of this Post-Confirmation Report, 100% of the $44,340 of Allowed Other Secured Claims have been paid. 100% of the $314,710,456 of the Allowed RBL Claims have been recovered on a dollar-for-dollar basis first lien, first-out revolving loans under the Exit Credit Agreement. The holders of Allowed 1.125L Notes Claims have received 100% of their total anticipated recoveries under the Plan. The recovery provided to holders of the Allowed 1.125L Notes Claims equals approximately 38.53% of the $1,000,000,000 of claims based on a valuation of the New Common Shares, subject to dilution solely by the Employee Incentive Plan Shares.

4. The Post-Confirmation Report filed on October 21, 2021 (ECF No. 155) reflects only Convenience Claims. This Post-Confirmation Report includes Convenience Claims and General Unsecured Claims filed against EP Energy E&P Company, L.P. All Unsecured Claims (excluding, for the avoidance of doubt, any Convenience Claim) were discharged, cancelled, released, and extinguished as of the Effective Date and holders of Allowed Unsecured Claims are not entitled to receive any distribution on account of such Allowed Unsecured Claims. While the Post-Confirmation Report reflects 0%, the actual percentage is 0.0002% (which was rounded down to 0%). As of the filing of this Post-Confirmation Report, 100% of the $174,999 of Convenience Claims have been paid.