

ENTERED
03/13/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EP ENERGY CORPORATION , *et al.,* 1 | § | Case No. 19-35654 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER APPROVING FIRST INTERIM FEE
APPLICATION OF JEFFERIES LLC, AS INVESTMENT BANKER
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 25, 2019 TO AND INCLUDING DECEMBER 31, 2019**
(Relates to Docket No. 838 )

Upon consideration of the first interim fee application (the "Interim Application") of

Jefferies LLC ("Jefferies") for allowance of compensation for services rendered and for

reimbursement of expenses incurred as the Committee's investment banker for the period from

October 25, 2019 to and including December 31, 2019 (the "Interim Application Period"); and

having reviewed the Interim Application; and finding that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)

and (c) venue is proper before this Court pursuant to 28 U.S.C. § 1408; and determining that

proper and adequate notice has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient notice appearing therefor, IT IS HEREBY

ORDERED that:

---

1   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are, as applicable: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092).   The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

1.      Omitted.

2.      All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Interim Application.

3.      Jefferies is allowed on an interim basis, for the Interim Application Period, (a) compensation in the amount of $389,516.13 for professional services rendered to the Committee and (b) reimbursement of actual and necessary expenses in the amount of $34,818.14, for a total allowed amount of $424,334.27.

4.      The Debtors are authorized and directed to pay Jefferies $424,334.27, less any amounts already paid to Jefferies on account of fees earned and expenses incurred by Jefferies during the Interim Application Period.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

Signed: March 13, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

2