

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
09/16/2020

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **EP ENERGY CORPORATION, et al.,** | § | **Case No. 19-35654 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF EP ENERGY CORPORATION, *ET AL.*,
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH
AND INCLUDING JUNE 30, 2020**

Upon the fee application (the "**Application**")[2] of Stroock & Stroock & Lavan LLP

("**Stroock**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of

EP Energy Corporation, *et al.*, (the "**Debtors**") for entry of an order (this "**Order**"): (a) awarding

Stroock interim compensation for professional services provided during the Fee Period in the

amount of $157,686.00 and expenses incurred of $9,233.65; (b) authorizing and directing the

Debtors to remit payment to Stroock for such fees and expenses; and (c) granting such other

relief as is appropriate under the circumstances, all as more fully set forth in the Application; and

the Court having jurisdiction over the Application; and due and adequate notice of the

Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the

Local Rules; and the Court having read and considered the Application; objections to the

Application, if any, and arguments of counsel, if any; and any objections to the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' mailing address is 1001 Louisiana Street, Houston, TX 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

Exhibit E-2

having been resolved or overruled; and after due deliberation and for good cause shown, it is

HEREBY ORDERED THAT:

1. Omitted.

2. Stroock is hereby awarded, on an interim basis, the allowance of $157,686.00 for compensation of services rendered to the Official Committee of Unsecured Creditors and $9,233.65 for reimbursement of expenses incurred during the period from April 1, 2020 through and including June 30, 2020.

3. The Debtors are hereby authorized and directed to pay Stroock all fees and expenses allowed pursuant to this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

Signed: September 16, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

Exhibit E-3